UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DARIN FREEMAN, | ) | No. CV 11-1463-DOC (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| P. L. VASQUEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: July 13, 2011

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE